**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1709

INAM NAJI,

Plaintiff - Appellant,

v.

FLUOR FEDERAL SERVICES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:19-cv-01774-HMH)

Submitted:  December 30, 2022                          Decided:  January 31, 2023

Before HARRIS and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Inam Naji, Appellant Pro Se.  Jennifer Lee Sease Cluverius, Ashley Robertson Parr, Greenville, South Carolina, Susan Pedrick McWilliams, NEXSEN PRUET, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Inam Naji appeals the district court's order granting a directed verdict for Fluor Federal Services, LLC, (Fluor) on Naji's retaliation claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § § 2000e to 2000e-17, and the court's order granting summary judgment to Fluor on Naji's discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Naji v. Fluor Fed. Servs., LLC*, No. 6:19-cv-01774-HMH (D.S.C. June 4, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*